No. 04–8552.  WALLS v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 04–8553.  BROWN v. MISSISSIPPI.  Sup. Ct. Miss.  Certiorari denied.

No. 04–8554.  ALLEN v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 04–8558.  TRUJILLO v. ARCE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–8561.  SIRACUSA v. POLK, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 04–8565.  MARSH v. FLORIDA.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 04–8568.  BLACKMAN v. LEWIS ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 04–8570.  BRYANT v. MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 04–8572.  THORNTON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–8573.  WATT v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 04–8577.  ELMAN v. FLORIDA.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 04–8578.  CORBIN v. BLADEN COUNTY CHILD SUPPORT AGENCY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–8579.  MORGAN v. LAMARQUE, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 04–8580.  MILLER v. BULLARD, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–8581.  FITZGERALD v. MCCORMICK RANCH PROPERTY OWNERS' ASSN. INC. ET AL.  Ct. App. Ariz.  Certiorari denied.